IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **OMAR FREEMAN** | : | CIVIL ACTION |
| *Petitioner-pro se* | : | |
| | : | NO. 13-6201 |
| v. | : | |
| | : | |
| **JOHN KERESTES**, *et al.* | : | |
| *Respondents* | : | |

# O R D E R

**AND NOW**, this 20th day of April 2015, upon consideration of the pleadings and record herein, and after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey, it is hereby **ORDERED** that:

1. The Petitioner's objections to the Report and Recommendation are **OVERRULED**.

2. The Report and Recommendation is **APPROVED** and **ADOPTED**.

3. The petition for writ of *habeas corpus* is **DENIED**.

4. No probable cause exists to issue a certificate of appealability.

5. The Clerk of Court is directed to close this matter.

BY THE COURT:

_____
NITZA I. QUIÑONES ALEJANDRO, J.